WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaclyn Aquino, | No. CV-25-04851-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Macy's Incorporated, | |
| Defendant. | |

At issue is pro se Plaintiff Jaclyn Aquino's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3). Having determined that Aquino is unable to pay the Court's fees, the Court will grant the Application. In addition, the Court having screened Aquino's Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e)(2), Aquino may now serve the Complaint and Summons on Defendant.

**IT IS THEREFORE ORDERED** granting Aquino's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3). Aquino shall serve the Complaint and Summons on the Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and may choose to request that the Defendant waive service of the Complaint and Summons under Rule 4(d).

Dated this 9th day of April, 2026.

_____
Honorable Sharad H. Desai
United States District Judge